IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| TYRONE NOCK, | : | CIVIL ACTION |
|---|---|---|
| Plaintiff, | : | |
| v. | : | |
| | : | NO. 17-559 |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | : | |
| Defendant. | : | |

## ORDER

WENDY BEETLESTONE, J.,

AND NOW, this 15th day of September, 2017, upon consideration of the Plaintiff's Request for Review, Defendant's Response thereto, and Plaintiff's Reply, and after careful review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Judgment is entered affirming the decision of the Commissioner of the Social Security Administration and the relief sought by Plaintiff is DENIED.

3. The Clerk of Court is hereby directed to mark this case CLOSED.

BY THE COURT:

_____
WENDY BEETLESTONE, J.